# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

THEIRING J. CHARLES

NO. 2020 KW 1104

**JANUARY 14, 2021**

---

In Re:    Theiring J. Charles, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 97-145900.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT GRANTED** for the sole purpose of transferring the Motion to Correct an Illegal Sentence to the district court for its consideration.  The original of the writ application will be forwarded to the district court clerk of court.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT